■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY CIPOLLA, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Wyoming County Court convicting defendant of the crime of sodomy, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ E. EARL GILBERT, Respondent, v. IRVING BERGER et al., Appellants.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Erie Trial Term in favor of plaintiff in an action for an accounting. The order denied defendants' motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Respondent, v. RONALD DOBALA, Doing Business as RONLYN'S GLASS SHOP, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term denying defendant's motion to vacate a warrant of attachment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ NATHAN J. BUNIS, Doing Business under the NAME OF CLINTON BOOK SHOP, Appellant, v. JOHN J. CONWAY, JR., as District Attorney of Monroe County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ JOSEPH BARBATO et al., Respondents, v. IDA TUOSTO et al., Appellants, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JOSEPH BARBATO, Respondent, v. IDA TUOSTO, as Administratrix of the Estate of CRESCENZO TUOSTO, Deceased, Appellant, and GABRIELE CANZANO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of CHESTER PISAREK et al., Appellants, v. JOSEPH F. SIKORA, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ In the Matter of SAMUEL R. SEARING.— Application granted and order of reinstatement entered.

■ BEN'S CREDIT HOUSE, INC., Respondent, v. TINNEY CADILLAC CORP., Appellant.— Motion granted to place case on January 1963 Term Calendar; appellant directed to file original record.

■ HENRY SLOMA, Doing Business as SLOMA BLDG. Co., Respondent, v. JAMES G. DAVISON et al., Appellants.— Motion granted and order dismissing appeal vacated; appeal placed on January 1963 Term Calendar.